IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RENTPING, LLC, a Nebraska limited liability company, | |
| Plaintiff, | 4:16-CV-3151 |
| vs. | ORDER |
| BRICKWOOD PROPERTIES LLC and BRICKWOOD MANAGEMENT CORP., | |
| Defendants. | |

The parties should be advised that my son-in-law is employed by the plaintiff in this lawsuit.

THEREFORE, IT IS ORDERED that I recuse myself from this case and the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 20th day of September, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge