IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RENTPING, LLC, a Nebraska limited liability company, | ) ) ) |
| Plaintiff, | 4:16CV3151 |
| v. | ) ) ) ) |
| BRICKWOOD PROPERTIES LLC and BRICKWOOD MANAGEMENT CORP., | **JUDGMENT** |
| Defendants. | ) ) ) ) ) ) |

Pursuant to the plaintiff's motion for dismissal without prejudice (Filing 13), filed prior to service of an answer or motion for summary judgment by the defendants, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed without prejudice.

DATED this 10th day of January, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge